IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02645-PAB-MEH

WILLIAM ONEIROMANCER and
STARSHA ONEIROMANCER,

    Plaintiff,

v.

BUREAU OF COLLECTION RECOVERY, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 9, 2009.**

    The Stipulated Motion for Entry of Protective Order [filed February 6, 2009; docket #7] is **granted**. The Stipulated Protective Order is accepted and entered contemporaneously with this minute order.