IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No. 08-cv-02645-PAB-MEH

WILLIAM ONEIROMANCER and
STARSHA ONEIROMANCER,

    Plaintiffs,

v.

BUREAU OF COLLECTION RECOVERY, INC.,

    Defendant.
_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

    THIS MATTER comes before the Court upon the parties' Stipulation of Dismissal with Prejudice [Docket No. 13]. The Court has reviewed the pleading and is fully advised in the premises. It is

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

    DATED February 19, 2009.

                                            BY THE COURT:

                                            s/Philip A. Brimmer
                                            PHILIP A. BRIMMER
                                            United States District Judge